# COVINGTON

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

**Mark Gimbel**

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1161
mgimbel@cov.com

January 27, 2016

*By ECF*

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:  *Heiser et al. v. Deutsche Bank Trust Company Americas*,
           S.D.N.Y. Docket No. 11 Civ. 1608 (LGS)

Dear Judge Schofield:

    We represent Respondent Deutsche Bank Trust Company Americas ("DBTCA").

    By order dated April 13, 2015 (ECF Doc. No. 60), Magistrate Judge Dolinger granted the parties' joint application to stay this matter pending the outcome of certiorari petitions in the *Hausler* and *Calderon-Cardona* matters. By order dated January 26, 2016 (ECF Doc. No. 61), the Court directed the parties to advise the Court of any resolution of the pending petitions.

    I write on behalf of DBTCA and the Petitioners to advise the Court that, on January 19, 2016, the United States Supreme Court denied the petitions in each case. *See Calderon-Cardona v. Bank of New York Mellon*, 770 F. 3d 993 (2d Cir. 2014) *cert. denied*, 2016 WL 207446 (2016); *Hausler v. JP Morgan Chase Bank, N.A.*, 770 F.3d 207 (2d Cir. 2014), *cert. denied*, 2016 WL 207447 (2016).

    Petitioners are currently evaluating the impact of the Supreme Court's denial of certiorari on their claims. The parties accordingly propose to provide a further update on the status of this matter by February 5, 2016.

Respectfully,

Mark P. Gimbel

cc: all counsel of record (by ECF)